**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEWEY AUSTIN BARNETT, II,          )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )          No. 4:26-cv-00948-MTS
                                   )
PRESIDING JUDGE BRENDA             )
STACEY,                            )
                                   )
        Defendant.                 )

## MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. Plaintiff is a "prisoner" as defined in 28 U.S.C. § 1915(h). He has, while incarcerated, brought at least three civil actions that were dismissed for one of the reasons set forth in § 1915(g).[*] And his Complaint does not, in any way, show that he is under imminent danger of serious physical injury. As a result, the Court cannot grant Plaintiff leave to proceed *in forma pauperis* in this action. *See* 28 U.S.C. § 1915(g); *see also Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022) ("After three strikes, a litigant loses the right to sue without prepaying the filing fee."). If Plaintiff wishes to proceed with this action, he must prepay the $405 filing fee in full.

---

[*] *See, e.g.*, *Barnett v. Fox*, 4:25-cv-0307-SPM (E.D. Mo. May 13, 2025); *Barnett II v. Fox*, 4:25-cv-1206-JSD (E.D. Mo. Aug. 27, 2025); *Barnett v. Hill*, 1:25-cv-00167-JMB (E.D. Mo. Oct. 8, 2025). *See also Barnett v. Stacey*, 4:26-cv-0088-RHH, ECF No. 10 (E.D. Mo. Mar. 16, 2026) (noting Plaintiff has three strikes).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the $405 filing fee in full no later than **Wednesday, August 19, 2026**.  If Plaintiff fails to do so, the Court will dismiss this action without prejudice and without further notice.

Dated this 29th day of July 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

2